## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendant. | C.A. No. 5:24-cv-00038-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter has come before Court on Plaintiffs Pantech Corporation and Pantech Wireless, LLC's and OnePlus Technology (Shenzhen) Co., Ltd.'s Joint Motion to Stay Proceedings ("Joint Motion"). The Court being familiar with the Joint Motion, the applicable law, and the relevant facts, finds that the Joint Motion (Dkt. No. 12) should be and is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that (1) this case is stayed pending resolution of the Motion to Dismiss for Lack of Standing filed at Dkt. No. 299 in the case captioned, *Pantech Corp. and Pantech Wireless, LLC v. OnePlus Tech. (Shenzhen) Co., Ltd.*, No. 5:22-cv-00069-RWS (E.D. Tex.); (2) the deadline for OnePlus to answer or otherwise respond to the Complaint in this action is stayed pending resolution of the aforementioned Motion to Dismiss for Lack of Standing; and (3) the current June 17, 2024, deadline for OnePlus to answer or otherwise respond to the Complaint shall be taken off the Court's calendar.

SIGNED this the 20th day of June, 2024.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE